United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher M Morinelli  
Anna Marie Morinelli  
    Debtors

Case No. 15-18025-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jan 13, 2017  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.  
13642299     +PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:

    ANDREW SPIVACK   on behalf of Creditor   USAA Federal Savings Bank paeb@fedphe.com  
    BRAD J. SADEK   on behalf of Joint Debtor Anna Marie Morinelli brad@sadeklaw.com  
    BRAD J. SADEK   on behalf of Debtor Christopher M Morinelli brad@sadeklaw.com  
    JENIECE D. DAVIS   on behalf of Creditor   SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (''FANNIE MAE'') CREDITOR C/O SETERUS, INC. Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    MARIO J. HANYON   on behalf of Creditor   USAA Federal Savings Bank paeb@fedphe.com  
    THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18025-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher M Morinelli
3316 Conrad Street
Philadelphia PA 19129

Anna Marie Morinelli
3316 Conrad Street
Philadelphia PA 19129

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/12/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: PHEAA, PO BOX 8147, HARRISBURG, PA 17105

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/15/17

Tim McGrath
**CLERK OF THE COURT**