United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-18025-elf
Christopher M Morinelli                                                      Chapter 13
Anna Marie Morinelli
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: Oct 18, 2019
                             Form ID: 138NEW        Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
```
db/jdb        +Christopher M Morinelli,   Anna Marie Morinelli,   3316 Conrad Street,
               Philadelphia, PA 19129-1549
cr            +Ditech Financial LLC,   14841 Dallas Parkway #300,   Dallas, TX 75254-7883
cr            +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr             ECMC,   PO BOX 16408,   SAINT PAUL, MN  55116-0408
13628713      +AES/Brazos/USBank,   P.O. Box 61047,   Harrisburg, PA 17106-1047
13628714      +AES/PNC Nat'l City,   P.O. Box 61047,   Harrisburg, PA 17106-1047
13628715     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79998)
13632726      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13628716      +Chase Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
13628718      +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13628720    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
              (address filed with court: Ditech Financial LLC,   332 Minnesota St,   Ste 610,
               Saint Paul, MN 55101)
13839218      +Ditech Fin LLC,   c/o Thomas Puleo, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
               Phila., PA 19106-1541
13632214      +Ditech Fin. LLC,   c/o Joshua I. Goldman, Esq.,   KML Law Group P.C.,
               701 Market St., Ste. 5000,   Phila., PA 19106-1541
13699715       Ditech Financial LLC,   PO Box 44265,   Jacksonville, FL 32231-4265
13850063       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13875795       Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
13642299      +PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
13628722     ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Seterus,   14523 Sw Millikan Way St,   Beaverton, OR 97005)
13628723       USAA Federal Savings Bank,   P.O. Box 47504,   San Antonio, TX 78265
13628724       USAA Savings Bank,   P.O. Box 47504,   San Antonio, TX 78265
13628725      +WF / EFS,   P.O. Box 84712,   Sioux Falls, SD 57118-4712
13664329      +Wells Fargo Bank  N A,   Wells Fargo Education Financial Services,   301 E 58th Street N,
               Sioux Falls  SD 57104-0422
13665301       eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:35   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSNCBICNOTICE1@state.pa.us Oct 19 2019 03:45:36
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27   U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15   DITECH FINANCIAL LLC,
               P.O. Box 6154,   Rapid City, SD  57709-6154
13675945      +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 19 2019 03:47:06   Citadel FCU,
               520 Eagleview Blvd.,   Exton, PA 19341-1119
13628717      +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 19 2019 03:47:06
               Citadel Federal Credit Union,   PO Box 147,   Thorndale, PA 19372-0147
13628719      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 19 2019 03:45:17   Comenity Bank,
               P.O. Box 182789,   Columbus, OH 43218-2789
13660583       E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2019 03:45:25
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13650121       E-mail/Text: ebn_bkrt_forms@salliemae.com Oct 19 2019 03:47:08   Sallie Mae,   P.O. Box 3319,
               Wilmington, DE 19804-4319
13628721      +E-mail/Text: ebn_bkrt_forms@salliemae.com Oct 19 2019 03:47:08   Sallie Mae,
               300 Continental Dr,   Newark, DE 19713-4322
13685211      +E-mail/Text: bncmail@w-legal.com Oct 19 2019 03:46:15   USAA Federal Savings Bank,
               C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
13669044      +E-mail/Text: bncmail@w-legal.com Oct 19 2019 03:46:15   USAA SAVINGS BANK,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                        TOTAL: 12


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN  55116-0408
13647738*     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13628726*     +WF / EFS,   P.O. Box 84712,   Sioux Falls, SD 57118-4712
                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Randi              Page 2 of 2             Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW          Total Noticed: 35
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor    USAA Federal Savings Bank paeb@fedphe.com
          BRAD J. SADEK    on behalf of Joint Debtor Anna Marie Morinelli brad@sadeklaw.com,
            bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Debtor Christopher M Morinelli brad@sadeklaw.com,
            bradsadek@gmail.com
          JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR
            FEDERAL NATIONAL MORTGAGE ASSOCIATION (''FANNIE MAE'') CREDITOR C/O SETERUS, INC.
            Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    USAA Federal Savings Bank paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 9
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Christopher M Morinelli and Anna
Marie Morinelli

                 Debtor(s)

Bankruptcy No: 15−18025−elf

Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                             For The Court
                                   Timothy B. McGrath
                                   Clerk of Court

Dated: 10/18/19

54 − 53
Form 138_new
