United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher M Morinelli  
Anna Marie Morinelli  
    Debtors

Case No. 15-18025-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 13, 2019  
                Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db/jdb     +Christopher M Morinelli, Anna Marie Morinelli, 3316 Conrad Street, Philadelphia, PA 19129-1549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

       ANDREW SPIVACK    on behalf of Creditor    USAA Federal Savings Bank paeb@fedphe.com  
       BRAD J. SADEK    on behalf of Joint Debtor Anna Marie Morinelli brad@sadeklaw.com, bradsadek@gmail.com  
       BRAD J. SADEK    on behalf of Debtor Christopher M Morinelli brad@sadeklaw.com, bradsadek@gmail.com  
       JENIECE D. DAVIS    on behalf of Creditor    SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (''FANNIE MAE'') CREDITOR C/O SETERUS, INC. Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    USAA Federal Savings Bank paeb@fedphe.com  
       THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                          TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Christopher M Morinelli and Anna Marie Morinelli  : Case No. 15−18025−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , November 13, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

58
Form 195